UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLA LARIBEE & KEVIN LARIBEE,

    Plaintiffs,

v.                                Case No.: 3:23-cv-509-HES-PDB

GYPSUM EXPRESS LTD.
& ROLLISON TUCKER HIGGS,

    Defendants.
_____/

## ORDER

This matter is sua sponte before this Court. This case is related to Case No. 3:21-CV-1108-HES-PDB. Due to a settlement, this Court dismissed Case No. 3:21-CV-1108-HES-PDB on August 16, 2023, (Dkt. 119) and directed the Clerk to close the file. Since the related case has resolved, nothing remains active in this case.

Accordingly, it is **ORDERED**:

The Clerk will terminate all pending motions and close this file.

**DONE AND ENTERED** at Jacksonville, Florida, this 21st day of August, 2023.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Edward S Cook, Esq.
Lindsey Rodgers, Esq.
John Stewart Mills, Esq.
Robert R. Underwood, II, Esq.
John Viggiani, Esq.
Mark A. Myers, Esq.
Kevin Bayly Cook, Esq.
Marvin Dewayne Dikeman, Esq.
Melissa Cordell McMullen, Esq.
Trent Sydnor Kerns, Jr, Esq.